In the Matter of the Application of JACK CEDAR, Appellant, for a Writ of Habeas Corpus, etc., against JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs of this appeal to either party, upon the authority of *Matter of Cedar* v. *Judges of Court of General Sessions, N. Y. County* (240 App. Div. 182; affd., 265 N. Y. )620. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT KRUGER, Appellant, v. WILLIAM HUNT, as Warden of Attica Prison, Attica, New York, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: In view of the lateness of time in which this question is raised, during which records have legally been destroyed, and considering the ordinary frailties of memory and the interests of the relator, we are of the opinion that the county judge was justified in disbelieving the bare statement of the relator that he was not advised of his right to counsel at the time of his arraignment in 1922. In the absence of convincing proof of the absence of the constitutional requirement, the presumption of regularity prevails. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of PATRICK W. WALSH, Appellant, for an Order of Mandamus against WILLIAM B. PATTERSON, as City Manager of the City of Auburn, and the COUNCIL OF THE CITY OF AUBURN, Consisting of KIRK BOWEN, Mayor, and Others, Councilmen, Respondents, for Reinstatement as an Employee. — Orders affirmed, without costs of this appeal to any party. Memorandum: Once before the relator had an order of mandamus herein, which, upon appeal to this court, was reversed. (239 App. Div. 757.) In that proceeding relator did not show whether or not his name appeared upon any labor " list " kept by the city of Auburn. (Civil Service Law, §§ 18, 21.) In the present proceeding relator shows, by his petition, that no such list is even kept, and he does not show that he ever asked to have his name placed upon any such list. Relator is in no better position than before. His place upon a list that does not exist cannot be determined. (*Matter of Neubeck* v. *Bard*, 275 N. Y. 43.) All concur. (One order denies an application for an alternative writ of mandamus, and the other order denies an application for an order of mandamus, in a proceeding to compel respondents to reinstate petitioner as a laborer in the water department in the city of Auburn.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ. [157 Misc. 713.]